BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

| | | |
|---|---|---|
| BURLINGTON DRUG COMPANY, INC., | x | |
| on behalf of itself and all others similarly | x | |
| situated, | x | |
| | x | |
| Plaintiff, | x | MDL No. ____ |
| v. | x | |
| | x | |
| RECKITT BENCKISER GROUP plc, and | x | |
| RECKITT BENCKISER | x | |
| PHARMACEUTICALS, INC. | x | |
| | x | |
| Defendants. | x | |

---

**PLAINTIFF'S MOTION FOR TRANSFER AND COORDINATION
OF RELATED ACTIONS TO THE DISTRICT OF VERMONT
PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Burlington Drug Company, Inc. respectfully moves the Judicial Panel on Multidistrict Litigation for an Order, pursuant to 28 U.S.C. § 1407, that transfers and coordinates the actions listed on the attached Schedule A, as well as any other cases that may subsequently be filed asserting similar and/or related claims, to the United States District Court for the District of Vermont. In support of this motion Plaintiff states:

1. The cases for which transfer and coordination are proposed arise out of the same conduct and make similar claims. Each action alleges that Defendants violated Section 2 of the Sherman Act by unlawfully excluding competition for its brand-name prescription pharmaceutical product, Suboxone.

2. The subject actions are listed on the Schedule of Actions filed herewith.

3. Plaintiff proposes that the actions be transferred to the District of Vermont.

1

4. The centralization of these actions in a single judicial district for coordinated pretrial proceedings will promote the just and efficient conduct of these actions, will serve the convenience of all parties and witnesses and will promote the interests of justice because all actions involve common and factual issues.

5. Coordination of the actions before a single court will conserve judicial resources, reduce litigation costs, prevent potentially inconsistent pretrial rulings, eliminate duplicative discovery (since it is expected that plaintiffs' counsel in all actions will take discovery of the same witnesses and documents) and permit the cases to proceed to trial more efficiently.

6. The District of Vermont is the state in which Plaintiff is incorporated in, and in which Plaintiff has its principal place of business.

7. The District of Vermont is the forum in which the first action in the Schedule of Actions was filed.

8. The District of Vermont has the resources and judicial expertise to properly conduct this case.

7. This motion is based on the accompanying memorandum of law and Schedule of Actions, as well as other materials that may be presented to the Panel before or at the time of hearing in this matter.

WHEREFORE, Plaintiff respectfully requests that the Panel order that the actions listed in the Schedule of Actions filed herewith, as well as any cases that may be subsequently filed asserting related and/or similar claims, be transferred to the District of Vermont and coordinated for pretrial proceedings.

Dated: March 4, 2013

Respectfully submitted,

/s/ Bruce E. Gerstein

GARWIN, GERSTEIN & FISHER L.L.P.
Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

SMITH SEGURA & RAPHAEL, L.L.P.
David P. Smith
David C. Raphael, Jr.
Erin R. Leger
3600 Jackson Street, Suite 111
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

ODOM & DES ROCHES, L.L.P.
John Gregory Odom
Stuart E. Des Roches
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

HEIM, PAYNE & CHORUSH, L.L.P.
Russ Chorush
600 Travis, Suite 6710
Houston, Texas 77002
Tel: (713) 221-2000
Fax: (713) 221-2021